IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL ACTION |
| | : |
| v. | : |
| | : NO. 14-652-27 |
| IVET MANRIQUE BANDA | : |

# ORDER

**AND NOW**, this 10th day of November 2016, upon consideration of Defendant's *pro se* Motion under 28 U.S.C. §2255 (ECF Doc. No. 954), the United States' sealed Response (ECF Doc. No. 972), the Defendant's plea and sentence, and for reasons in the accompanying sealed Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 954) is **DENIED**.

It is further **ORDERED** there is no basis for a certificate of appealability and the Clerk of Court shall **close** this matter.

_____
KEARNEY, J.